IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STOCKMENS BANK,

Plaintiff,

vs.

FRANK IMPLEMENT CO,. a Nebraska Corporation;

Defendant.

**8:26CV404**

**ORDER TO CLERK IN REPLEVIN**

This matter is before the Court on Plaintiff's Motion for Entry of Replevin Order (Filing No. 14). Plaintiff seeks to recover property, described as a 2015 John Deere 8370R tractor with serial number 1RW837ORVED096837, that was purchased from Colton Osborn and Stephanie Osborn at an auction sale for $205,000 on or around May 17, 2023 (the "Subject Property"). (Filing No. 2.) The motion will be granted.

**DISCUSSION**

On August 12, 2026, the Court entered a Temporary Order in Replevin (Filing No. 9), ordering that Defendant hold the Subject Property in its possession, unimpaired and unencumbered, and in all respects in the same state and condition as at the time of the receipt of the Temporary Order. (Filing No. 9.) The Court also scheduled a hearing regarding Plaintiff's request for delivery of the property for August 26, 2026. (Filing No. 9.) At the hearing, Defendant was to show cause why the possession of the Subject Property should not be delivered to Plaintiff. (Filing No. 9.)

On August 25, 2026, Defendant's counsel advised the Court that Defendant would not resist the entry of an order in replevin and expressed his belief that this would resolve any need for a hearing. Plaintiff subsequently filed the instant Motion for Entry of Replevin Order (Filing No. 14) and the hearing was cancelled. Plaintiff's present Motion requests that the order in replevin provide that if Defendant no longer possesses the Subject Property, that Defendant be ordered to advise the Court, the Sheriff and Plaintiff on the details of the Subject Property's sale, to include the name and address of the buyer, the date of sale, and the purchase price. The Court believes this request is appropriate.

Upon consideration of Plaintiff's Motion, and the filings on the docket, the Court finds that Plaintiff is entitled, pending completion of the trial on the merits of this action, to the immediate delivery of the 2015 John Deere 8370R tractor, with serial number 1RW837ORVED096837, that was purchased by Defendant from Colton Osborn and Stephanie Osborn at an auction sale for $205,000 on or around May 17, 2023. Plaintiff has raised a bona fide issue as to whether it has special ownership and interest in the above-described property, but it appears sufficiently probable to the Court that Plaintiff will prevail on the merits of this action, at least with respect to the above property. There is a bona fide issue as to whether the above-described property is wrongfully detained by Defendant.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion for Entry of Replevin Order (Filing No. 14) is granted.
2. The Clerk of Court shall issue an order for delivery of the above-described property into Plaintiff's possession, subject to Plaintiff's further compliance with the law.
3. The Scotts Bluff County Sheriff is directed to obtain possession of the property described above, subject to further order of this Court.
4. If Defendant no longer possesses the property, Defendant shall inform the Sheriff, Plaintiff and the Court of the details of the property's sale, to include the name and address of the buyer, the date of sale, and the purchase price. Defendant shall provide this information to Sheriff at the time the Sheriff attempts to retrieve the property, and the Sheriff shall provide this information to Plaintiff. Defendant shall notify the Court

of the sale information by mailing this information to the Court at 586 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508. The notice to the Court must indicate that it pertains to Case No. 8:26CV404. Defendant shall do so within 5 days of the Sheriff attempting to retrieve the property. *Failure to do so may result in the entry of sanctions.*

5. Plaintiff is required to post bond to the Clerk of Court pursuant to Neb. Rev. Stat. § 25-1098 in the amount of $410,000.00.
6. The Temporary Order in Replevin (Filing No. 9) will remain in full force and effect.

Dated this 26th day of August, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge