IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STOCKMENS BANK,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK IMPLEMENT CO., a Nebraska Corporation,<br><br>Defendant. | **8:26CV404**<br><br>**ORDER IN REPLEVIN** |

To the Sheriff of Scotts Bluff County, Nebraska:

**WHEREAS** Plaintiff named above has instituted an action in this Court to recover from Defendants' possession of the following described person property:

A 2015 John Deere 8370R Tractor with Serial Number 1RW837ORVED096837, that was purchased from Colton Osborn and Stephanie Osborn at an auction sale for $205,000 on or around May 17, 2023.

**WHEREAS** the Honorable Susan M. Bazis, Judge of this Court, has directed the undersigned Clerk to issue an Order for delivery of the above-described property to the Plaintiff;

**NOW, THEREFORE**, you are hereby commanded to take into your custody, wherever the same may be found in your county, the above-described property, and then deliver the same to Plaintiff once they have complied with the bond requirement. Plaintiff will maintain possession until further order of this Court. You shall make return of this Order by September 16, 2026. If Defendant no longer possesses the property, Defendant shall inform the Sheriff, Plaintiff and the Court of the details of the property's sale, to include the name and address of the buyer, the

date of sale, and the purchase price. Defendant shall provide this information to Sheriff at the time the Sheriff attempts to retrieve the property, and the Sheriff shall provide this information to Plaintiff. Defendant shall notify the Court of the sale information by mailing this information to the Court at 586 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508. The notice to the Court must indicate that it pertains to Case No. 8:26CV404. Defendant shall do so within 5 days of the Sheriff attempting to retrieve the property. *Failure to do so may result in the entry of sanctions.*

Witness my hand and seal this 27th day of August 2026.

Lindsay Olson

Deputy Clerk of the Court