IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STOCKMENS BANK, a Colorado corporation;

Plaintiff,

vs.

FRANK IMPLEMENT CO., a Nebraska Corporation;

Defendant.

**8:26CV404**

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice and to Vacate the Court's August 12, 2026 Temporary Order in Replevin and August 27, 2026 Order in Replevin. (Filing No. 23.) Plaintiff has advised the Court that it entered into an Agreement and Mutual Release with Defendant, pursuant to which Plaintiff agreed to dismiss this case with prejudice and to vacate the Court's August 12, 2026 Temporary Order in Replevin and August 27, 2026 Order in Replevin. (Filing No. 23.) Upon consideration of the matter, the Court finds that Plaintiff's Motion to Dismiss should be granted.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss with Prejudice and to Vacate the Court's August 12, 2026 Temporary Order in Replevin and August 27, 2026 Order in Replevin (Filing No. 23) is granted. This case is dismissed with prejudice.
2. The Court's August 12, 2026 Temporary Order in Replevin (Filing No. 9) is vacated.
3. The Court's August 27, 2026 Order in Replevin (Filing No. 17) is vacated.
4. Plaintiff's Motion for Partial Summary Judgment (Filing No. 19) is denied as moot.

Dated this 17th day of September, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge